# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LESLIE DRISKILL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1. STATE OF OKLAHOMA, *ex rel.*,<br>　　BOARD OF REGENTS OF THE<br>　　UNIVERSITY OF OKLAHOMA,<br><br>　　　　Defendant. | Case No. CIV-21-240-F |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 17TH DAY OF MAY 2022.**


*s/ Amber L. Hurst*
Amber L. Hurst, OBA # 21231
Brandon D. Roberts, OBA # 34012
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Phone: (405) 235-6100
Fax: (405) 235-6111
**ATTORNEYS FOR PLAINTIFF**

*s/ Tina S. Ipka*
*(signed with permission)*
Tina S. Ikpa, OBA #32191
University of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, OK 73109
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
tsikpa@ou.edu
**ATTORNEYS FOR DEFENDANT**